1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   Ralph Nader, et al.,                )   No. CV-04-1699-PHX-FJM
                                         )
10            Plaintiffs,                )   **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    Kenneth Bennett, in his official capacity as)
13  Secretary of State,                  )
                                         )
14            Defendant.                 )
                                         )
15  _____ )

16

17

18          Plaintiffs appealed our orders granting their motion for attorney's fees pursuant to 42

19  U.S.C. § 1988(b) (docs. 87, 93), raising several claims of error.  The Ninth Circuit affirmed

20  the orders on each assignment of error, but remanded the case on the issue of whether

21  plaintiffs were entitled to fees incurred in the unsuccessful appeal of the denial of their

22  motion for preliminary injunction.  The court stated that it was not clear whether we awarded

23  fees for all of the hours that contributed to the eventual victory.

24          Plaintiffs' motion for preliminary injunction and appeal of the order denying the

25  motion are not fairly characterized as either a "temporary setback" or a "necessary step to

26  [their] ultimate victory."  Cabrales v. County of Los Angeles, 935 F.2d 1050, 1053 (9th Cir.

27  1991).  Quite the contrary, plaintiffs' dilatory strategy in filing the motion renders the

28  expenditure of those fees unreasonable.  See id.  We reiterate our conclusion that the time

1   spent on the unsuccessful preliminary injunction appeal did not contribute to the ultimate

2   victory in the lawsuit.

3        DATED this 11th day of February, 2011.

4

5                         _Frederick J. Martone_

6                         Frederick J. Martone
                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28